

# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1008980 | 7/13/2013 | 30625 |// 
| **Job Date** | **Case No.** | |
| 7/12/2013 | 1:13CV40 | |

| Case Name |
|---|
| Robert Donnert, et al. v. Feld Entertainment |

| Payment Terms |
|---|
| Due upon receipt |

William B. Porter, Esq.
Blankingship & Keith, P.C.
4020 University Drive, Suite 300
Fairfax, VA  22030

Tiffany Hartmann
    Late Cancellation (Rptr)     1.00 @ 225.00    225.00

**TOTAL DUE >>>**    **$225.00**
AFTER 8/12/2013  PAY    $247.50

Cancelled 6:10 p.m. 07/11/13

Thank you for choosing Olender Reporting, Inc.

Visit us at our website:  www.OlenderReporting.com  for online scheduling, transcript and document repository, digital video and worldwide coverage.

**Tax ID:** 52-1358946      Phone: 703-691-1235    Fax:703-691-3913

*Please detach bottom portion and return with payment.*

William B. Porter, Esq.
Blankingship & Keith, P.C.
4020 University Drive, Suite 300
Fairfax, VA  22030

Job No.      : 30625            BU ID      : 1-ORI/DC
Case No.     : 1:13CV40
Case Name    : Robert Donnert, et al. v. Feld Entertainment

Invoice No.  : 1008980          Invoice Date  : 7/13/2013
**Total Due  : $ 225.00**
 AFTER 8/12/2013  PAY  $247.50

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **Olender Reporting, Inc.**
          **1100 Connecticut Avenue NW, Suite 810**
          **Washington, DC  20036**

EXHIBIT I